UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) <br> MARC OSHEROFF, ) <br> ) <br>        Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> HEALTHSPRING, INC., HEALTHSPRING OF ) <br> FLORIDA, INC., LEON MEDICAL CENTERS, ) <br> INC., BENJAMIN LEON, JR., ) <br> ) <br>        Defendants. ) | Civil Case No. 3:10-cv-1015 <br> Judge Sharp <br><br> **UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

    1.    The Complaint be served upon the Defendants by the Relator;

    2.    All other contents of the Court's file in this action shall remain under seal, except as previously ordered by the Court, and not be made public or served upon the Defendants, except for this Order and the United States' Notice that It Is Declining to Intervene, which the Relator will serve upon the Defendants only after service of the Complaint;

    3.    The seal be lifted as to all other matters occurring in this action after the date of this Order;

    4.    The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good

cause, at any time;

     5.     The parties shall serve all notices of appeal upon the United States;

     6.     All orders of this Court will be sent to the United States; and that

     7.     Should the Relator or any or all of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

It is so **ORDERED**.

**ENTERED** this the 44pf "f c{ "qh'P qxgo dgt "42330

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE